Stanley O. King, Esquire
Sharon A. King, Esquire
KING & KING, LLC
231 S. Broad Street
Woodbury, NJ 08096
856-845-3001
856-845-3079 (fax)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANAE HIGGENBOTHAM, individually and in her capacity as Administratrix *ad Prosequendum* of the ESTATE of KEVIN HIGGENBOTHAM, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF TRENTON, TRENTON POLICE CHIEF ERNEST PARREY, JR., OFFICER CARLO CAVALLI, OFFICER SAMUEL GONZALEZ (#479/5707), OFFICER E. RAMOS (#5745), SERGEANT JASON KMIEC (# 4538), CAPITAL HEALTH SYSTEMS, INC., CAPITAL HEALTH REGIONAL MEDICAL CENTER, MICHELLE MICALIZZI, R.N. and JOHN DOES 1 through 10, individually and/or in their official capacities, jointly, severally, and/or in the alternative,<br><br>Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br><br><br>Civil Action No. 17-4344 (FLW-DEA)<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CAPITAL HEALTH SYSTEMS, INC., CAPITAL HEALTH REGIONAL MEDICAL CENTER and MICHELLE MICALIZZI, R.N.** |

    Pursuant to *Federal Rules of Civil Procedures* 41(a)(1), Plaintiff Shanae Higgenbotham, by and through the undersigned counsel, hereby discontinues the above-entitled action and

dismisses the Complaint with prejudice as to Defendants, Capital Health Systems, Inc., Capital Health Regional Medical Center and Michelle Micalizzi, R.N., only.

Dated: September 11, 2017		KING & KING, LLC
		Attorneys for Plaintiff

		By:   */s/ Sharon A. King*
		SHARON A. KING