|  |  |
|---|---|
| SHANAE HIGGENBOTHAM, | : |
| | : UNITED STATES DISTRICT COURT |
| Plaintiff, | : DISTRICT OF NEW JERSEY |
| | : |
| v. | : Civil Action No. 17-4344 (FLW) |
| | : |
| THE CITY OF TRENTON, et al., | : **ORDER** |
| | : |
| Defendants. | : |

**THIS MATTER** having come before the Court for a telephone status conference on September; and counsel having requested additional time to complete expert discovery; and good cause appearing for the entry of this Order:

**IT IS on this 5th day of September, 2019**

**ORDERED THAT:**

1. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

2. For the reasons discussed with counsel, the previous reports (7) of Plaintiff's expert requested by defense counsel must be produced.

3. The deadline to complete expert deposition is extended **to October 15, 2019**.

4. The Settlement Conference previously set for **December 4, 2019 at 10:30 am** will proceed as scheduled. Trial Counsel and client representatives with full settlement authority must be present.

5. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

6. The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party. Failure to appear at such conferences, or to comply with the terms of this or any Court Order, may result in the imposition of sanctions.

    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**