|  |  |
|---|---|
| SHANAE HIGGENBOTHAM, : | : UNITED STATES DISTRICT COURT |
| Plaintiff, : | DISTRICT OF NEW JERSEY |
| v. : | Civil Action No. 17-4344 (FLW) |
| THE CITY OF TRENTON, et.als., : | **ORDER** |
| Defendants. : |  |

**THIS MATTER** having come before the Court for a telephone status conference on February 7, 2020; and the Court having conferred with counsel; and good cause appearing for the entry of this Order:

**IT IS** on this 10th day of February, 2020

**ORDERED THAT:**

1. In order to permit the parties adequate opportunity to pursue settlement negotiations, this action is hereby stayed pending a Settlement Conference with the Court. During the period of this stay, the Clerk shall administratively terminate this action from the Court's active docket subject to reinstatement upon the written application of any party.

2. The Court will conduct a Settlement Conference **on March 17, 2020 at 2:00 PM**. Trial counsel and client representatives with settlement authority must attend the conference.

3. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**