# KING
## LAW OFFICE LLC

STANLEY O. KING

231 South Broad Street
Woodbury, New Jersey 08096
Tel: (856) 845-3001
Fax: (856) 845-3079
stan@kingslaw.com

February 1, 2022

**Filed Electronically**
Honorable Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Higgenbotham v. City of Trenton, et al.
Civil Action No.: 17-4344 (FLW-DEA)

Dear Judge Arpert:

Please be advised that I represent the plaintiff, Shanae Higgenbotham, with regard to the above-referenced matter. As a follow up to your January 27, 2022, directive, we are waiting for the Courts decision on whether the defendants can replace their expert and if so, the limitation and scope of the testimony. I have this discussed this matter with J. Brooks DiDonato, Esquire, counsel for the defendants, and understand he is seeking to be relieved. If his request is granted, I recognize that it will take Ms. Riley some time to become familiar with this case. Once she becomes familiar with the case, I respectfully request a telephone or in person conference to discuss the case status, how we should proceed and chances to hopefully resolve.

Thank you for your consideration of this matter.

Respectfully submitted,

Stanley O. King

cc: J. Brooks DiDonato, Esquire