**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHANAE HIGGENBOTHAM, | : | |
| | : | Civil Action No. 3:17-cv-4344(FLW-DEA) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF TRENTON, et al. | : | |
| | | : |
| Defendants | : | |
| | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance as co-counsel for Plaintiff in the above-captioned matter.

                   _/s/ Michael A. Galpern_
                   Michael A. Galpern, Esquire
                   JAVERBAUM WURGAFT HICKS
                   WIKSTROM & SININS, P.C.
                   1000 Haddonfield-Berlin Road, Suite 203
                   Voorhees, NJ 08043
                   Telephone:  856-596-4100
                   Email:  mgalpern@lawjw.com

                   Stanley O. King, Esquire
                   KING LAW OFFICE, LLC
                   231 South Broad Street
                   Woodbury, NJ 08096
                   Telephone:  856-845-3001
                   Email:  stan@kingslaw.com

Dated:  March 15, 2023