

# LAW OFFICES OF
# RILEY & RILEY

EXECUTIVE COURT
2 Eves Drive, Suite 109
Marlton, NJ 08053
**Mailing Address**

(609) 914-0300
(609) 914-0323 FAX

BY APPOINTMENT
1616 Pacific Avenue, Suite 305
Atlantic City, NJ 08401

Michael E. Riley
Tracy L. Riley
Marcia Stander Freedman, Of Counsel

WORKERS' COMPENSATION
200 Haddonfield Berlin Rd., Suite 302
Gibbsboro, NJ 08026

March 16, 2023

**_Via Electronic Filing_**
Honorable Douglas E. Arpert
U.S. District Court
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

      RE:    **HIGGENBOTHAM v. CITY OF TRENTON, et al.**
              **Civil Action No.: 3:17-cv-04344**

Dear Judge Arpert:

      I am in receipt of your text order scheduling a settlement conference on March 28, 2023 in the above stated matter.

      This letter is to advise you that Wesley Bridges, Esquire will be appearing on behalf of the City of Trenton. This letter is also to advise you that Brian, Leinhauser, Esquire will be attending on behalf of the excess carrier. I am respectfully requesting that the excess carrier be permitted to be available via telephone.

      Thank you for your consideration in this matter.

                Very truly yours,

                **LAW OFFICES OF RILEY & RILEY**

                Tracy L. Riley

cc:    Counsel of Record (via electronic filing)