LAW OFFICES OF RILEY & RILEY
Tracy L. Riley, Esquire
Attorney ID: 006862008
Executive Court
2 Eves Drive, Suite 109
Marlton, New Jersey 08053
(609) 914-0300
Attorney for Defendants.

So Ordered. The Clerk's Office is instructed to NOT close this case.
s/ Zahid N. Quraishi
Zahid N. Quraishi, U.S.D.J.
Dated: 06/27/2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANAE HIGGENBOTHAM, Individually, and In her capacity as Administratrix Ad Prosequendum of the Estate of KEVIN HIGGENBOTHAM, Deceased, <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY OF TRENTON, TRENTON POLICE CHIEF ERNEST PARREY, OFFICER CARLO CAVALLI, OFFICER SAMUEL GONZALEZ, OFFICER E. RAMOS; SERGEANT JASON KMIEC, CAPITAL HEALTH REGIONAL MEDICAL CENTER, MICHELLE MICALIZZI, R.M. and JOHN DOES 1 through 10, <br><br> Defendant(s). | HON. ZAHID N. QURAISHI <br> HON. DOUGLAS E. ARPERT <br><br> Civil Action No.: 3:17-cv-04344 <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties as to Defendants CITY OF TRENTON, TRENTON POLICE CHIEF ERNEST PARREY, OFFICER CARLO CAVALLI, OFFICER SAMUEL GONZALEZ, OFFICER E. RAMOS, and SERGEANT JASON KMIEC. It is hereby stipulated and agreed that the same be

Case 3:17-cv-04344-ZNQ-DEA   Document 112   Filed 06/27/23   Page 2 of 2 PageID: 1937

and is hereby dismissed with prejudice as to Defendants without costs against either party.

_____
STANLEY O. KING, Esquire
Attorney for Plaintiff

Dated: 3-29-23

_____
Tracy L. Riley, Esquire
Attorney for Defendants

Dated: 6/23/23